

FILED
February 26, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002446241

Christian J. Younger, Bar No. 222983
**Younger & Hennecke, LLP**
1610 Arden Way, Suite 265
Sacramento, California 95815
(916) 564-8100 Telephone
(916) 564-8116 Facsimile

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| In re: | Case No: 10-23633-A-7 |
|---|---|
| MANUEL FERREIRA & MARIA FERREIRA | DCN: CJY-1 |
| Debtors. | Chapter 7 |
| | Date: March 29, 2010<br>Time: 9:00 am<br>Place: 501 I Street, 7th Floor, Courtroom 28<br>Sacramento, CA |

## MOTION TO COMPEL CHAPTER 7 TRUSTEE
## TO ABANDON PROPERTY OF THE ESTATE

**TO THE HONORABLE MICHAEL S. MCMANUS, GARY FARRAR/CHAPTER 7 TRUSTEE, AND ALL OTHER INTERESTED PARTIES:**

The Debtors, Manuel and Maria Ferreira ("Debtors") hereby move this Court for an Order Granting Debtors' MOTION TO COMPEL CHAPTER 7 TRUSTEE TO ABANDON PROPERTY OF THE ESTATE based upon the following grounds:

1. Debtors originally filed the above-referenced Chapter 7 case on February 16, 2010 bearing the case number 10-23633-A-7.

2. Debtors own and operate a small concrete businesses named "MCF Concrete" and a small irrigation pipe repair company named "Ferriera Pipe Doctor." A true and correct copy of Schedule B of the Debtors' Voluntary Petition is filed concurrently herewith as Exhibit "A" and incorporated herein by reference. These businesses have no marketable value outside the Debtors' own efforts. Both businesses use the same equipment, tools and bank accounts to

operate the businesses. The equipment, tools and bank accounts used by these businesses are listed and exempted on Schedules B and C of debtors' petition. These businesses are the Debtors' main occupations at the present time. The Debtors have invested substantial resources, time, and energy into these businesses and, because of the investment, wish to keep operating at the present time. If the Debtors cease operations, even for a short time, they will surely lose clientele, making it impossible to reopen and maintain the required expenses.

3. The businesses listed herein and operated by the Debtors, including the equipment, tools and bank accounts have a liquidation value of approximately $12,875.00, which is fully exempt under various sections of the California Code of Civil Procedure. A true and correct copy of Schedule C of the Debtors' Voluntary Petition is filed concurrently herewith as Exhibit "B" and incorporated herein by reference.

4. The equity in Property is exempted pursuant to C.C.P. Sections 703.140(b)(5) and (6) as set forth in Debtors' Amended Schedule C filed concurrently herewith in the List of Exhibits.

5. As the Property is protected and exempted, it is of inconsequential value to the bankruptcy estate, and there is nothing for the Trustee to administer to unsecured creditors.

DATED: February 26, 2010

/s/ Christian J. Younger
Christian J. Younger
Attorney for Debtors